**MALLERY & ZIMMERMAN, S.C.**
A LIMITED LIABILITY SERVICE CORPORATION
731 NORTH JACKSON STREET • SUITE 900
MILWAUKEE, WISCONSIN 53202-4697
TELEPHONE: 414-271-2424
FACSIMILE: 414-271-8678

FILED - MAIL

2007 AUG -9 A 9:09

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

October 19, 2005

Writer's Extension: 270
e-mail: evonhelms@mzmilw.com

Christopher L. Austin
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse
517 East Wisconsin Avenue, Room 126
Milwaukee, Wisconsin 53202-4581

Dear Mr. Austin:        RE: <u>In re Palmer Johnson, Inc.</u>,
                            Case No. 03-23125-JES

    I am writing you on behalf of Mr. Jack Goodnow (the "Trustee"), the trustee of the Creditors Trust Agreement, dated as of February 23, 2004, that was established to manage and distribute payments to creditors of Palmer Johnson, Inc (the "Debtor"). As was described in the Trustee's Seventh Omnibus Objection to Claims, in accordance with the Chapter 11 Plan, we have attempted to distribute trust funds to several creditors of the Debtor for which we have received no response. After trying to contact these creditors at the addresses they previously provided, and performing due diligence to find new addresses for these creditors, the Trustee has not been able to distribute these payments.

    The names of these creditors, along with the last-known contact information, claim amounts, and amounts owed to each under the Plan, is as follows:

| Claimant | Claim Amount | Amount Owed under Plan |
|---|---|---|
| All Rubber Products<br>3920 North 2nd Street<br>Milwaukee, Wisconsin 53212 | $616.46 | $101.25 |

Christopher L. Austin
August 8, 2007
Page 2

| | | |
|---|---|---|
| Control Specialists, Inc.<br>PO Box 2034<br>Wausau, Wisconsin 54402 | $2,899.48 | $476.24 |
| Corporate Micro Systems<br>222A Camp McDonald Road<br>Wheeling, Illinois 60090 | $36,312.59 | $5,964.34 |
| Pro-Safety, Inc.<br>c/o Michael J. Bennett<br>111 East Wisconsin, Suite 1800<br>Milwaukee, Wisconsin 53202 | $12,818.45 | $2,105.43 |
| R.M.C. Specialists<br>3895 North 126th Street<br>Brookfield, Wisconsin 53005 | $1,962.77 | $322.38 |
| Stone Harbor Resort<br>c/o Glenn Givens Jr.<br>PO Box 511280<br>Milwaukee, Wisconsin | $108.00 | $17.74 |
| Valley Industrial, Inc.<br>c/o Thomas P. Remley<br>2153 Butternut Drive<br>Green Bay, Wisconsin 54313 | $805.00 | $132.23 |
| Worldwide Imaging<br>16525 Sherman Way<br>Van Nuys, California 91406 | $1,101.50 | $180.92 |
| Youngstown Aluminum<br>66-76 South Prospect Street<br>Box 447<br>Youngstown, Ohio 44501 | $3,026.25 | $497.06 |

Enclosed with this letter is a check for $9,797.59 that is equal to the total amount the above creditors are entitled to under the Plan. I request that you receive these funds and deposit them into the Treasury pending the above-creditors request for such funds.

    Thank you for your assistance in this matter.

                        Sincerely,

                        Eric R. von Helms

EVH

Enclosure

cc:   Hon. James E. Shapiro
       David W. Asbach, Esq.
       Michael D. Jankowski, Esq.
       Mr. Jack Goodnow

PALMER JOHNSON CREDITOR TRUST          12-5/253        1798
JOHN F. GOODNOW TRUSTEE                750
1 OSTENTO LANE                         0021412952
HOT SPRINGS VILLAGE, AR  71909         Date 8/1/07

Pay to the order of  Clerk of U.S. Bankruptcy Court     $ 9797.59

Ninety-seven hundred ninety-seven and 59/100 Dollars

M&I Marshall & Ilsley Bank

Memo 03-23125                          [signature]

⑈075000051⑈ 0021412952⑈ 01798