

**Pro-Safety**
*Distributor of Safety Equipment*

Branch Office
2220 Landmeier
Elk Grove Village, IL 60007
847-364-0035
Fax: 847-364-9367

Main Office
5805 West Hemlock Street
Milwaukee, WI 53223
414-358-2345
800-236-4766
Fax: 414-358-3913

Christopher Austin
Case # 03-23125
517 E. Wisconsin Ave
Room # 126
Milwaukee, WI 53202

Dear Mr. Austin:

In the last two weeks, I have become aware of a check dated February 15 made out to Pro-Safety, Inc as part of the Palmer Johnson bankruptcy settlement. I discovered on August 29, that the check along with the letter had been filed with the pending bankruptcies we are awaiting final resolution. I saw that it was stale dated, but tried to cash it to see if it would go through and resolve this matter quickly. The check came back on Saturday September 8 and through the discovered letter contacted Eric von Helms to inquiry if the situation was redeemable in any way. Mr. von Helms referred me to you.

I am enclosing a copy of the letter from Mr. von Helms and a copy of the check to show that Pro-Safety was intended to receive this money. If there are any questions, please call me; John Laumann Accounts Receivable at Pro-Safety Inc. The number is 414-358-2345. I would like to know if this situation is redeemable. I look forward to hearing from you and I thank you for your time and attention.

Sincerely,


John Laumann
Pro-Safety, Inc

cc: Mr. Eric von Helms

**MALLERY & ZIMMERMAN, S.C.**
A LIMITED LIABILITY SERVICE CORPORATION
731 NORTH JACKSON STREET • SUITE 900
MILWAUKEE, WISCONSIN 53202-4697
TELEPHONE: 414-271-2424
FACSIMILE: 414-271-8678

e-mail: evonhelms@mzmilw.com
Writer's Extension: 270

March 1, 2007

Creditors of Palmer Johnson, Inc.

Ladies and Gentlemen:

    I am writing you on behalf of Mr. Jack Goodnow, the trustee of the Creditors Trust Agreement, dated as of February 23, 2004, that was established to manage and distribute payments to creditors of Palmer Johnson, Inc. Enclosed is a check made payable to you from the Creditors Trust. This check represents the second interim distribution to unsecured creditors and is made on a pro rata basis representing approximately 5.5% of your allowed claim in the Palmer Johnson bankruptcy proceedings. Combined with the check you previously received for the first interim distribution to unsecured creditors, which represented 6% of your allowed claim, the Trustee has now made distributions to you in an amount equal to 11.5% of your allowed claim.

    Please note that the amount enclosed is not the final payment from the Trust on your claim. The trustee anticipates making an additional distribution to unsecured creditors within the next couple of months. The Trustee has now completed his objections to invalid claims that has resulted in over $27 million worth of claims against the estate being disallowed. Only a few minor, procedural matters remain before the Trustee will be able to close these proceedings and distribute all funds currently held in the Trust to creditors with allowed claims.

    If you have questions or need more information, please feel free to contact me directly.

Sincerely,

Eric R. von Helms

EVH

Enclosures
cc: Mr. Jack Goodnow

WISCONSIN OFFICES: MILWAUKEE • WAUSAU • STEVENS POINT • CEDARBURG • GREEN BAY
ARIZONA OFFICE: CAREFREE

**PALMER JOHNSON CREDITOR TRUST**
**JOHN F. GOODNOW TRUSTEE**
1 OSTENTO LANE
HOT SPRINGS VILLAGE, AR 71909

12-5/750 253
0021412952

**1480**

**STALE DATE** Date 2/15/07

Pay to the order of  PRO-SAFETY   $ 705.01

Seven hundred Five and 01/100  Dollars

M&I Marshall & Ilsley Bank

For _____   JohnF [signature]   MP

⑈075000051⑈ 0021412952⑈ 01480 ⑈000007050⑈